No. 316, Misc. DeGroat *v.* New York. Court of Appeals of New York. Certiorari denied.

No. 318, Misc. Tompa *v.* Cunningham, Penitentiary Superintendent. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 320, Misc. Green *v.* Ellis, Corrections Director. Court of Criminal Appeals of Texas. Certiorari denied.

No. 322, Misc. Slechta *v.* Illinois. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 324, Misc. Braun *v.* Rhay, Penitentiary Superintendent. Supreme Court of Washington. Certiorari denied.

No. 327, Misc. Williams *v.* Nash, Warden. Supreme Court of Missouri. Certiorari denied.

No. 328, Misc. Martinez *v.* Cox, Warden. Supreme Court of New Mexico. Certiorari denied.

No. 329, Misc. Roberts *v.* United States. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 332, Misc. Hanovich *v.* Sacks, Warden, et al. C. A. 6th Cir. Certiorari denied.

No. 334, Misc. Moses *v.* Hand, Warden. Supreme Court of Kansas. Certiorari denied.